UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JONY JOEL MEDAL GARAY,

Petitioner,

v.

Case No. 2:26-cv-2416-KCD-NPM

WARDEN, GLADES COUNTY DETENTION CENTER, U.S. ATTORNEY GENERAL,

Respondents.
_______________________________/

**ORDER**

Last month, this Court ordered the Government to provide Petitioner Jony Joel Medal Garay with a bond hearing as required by binding Eleventh Circuit precedent. (Doc. 5.) Since then, a bond hearing was held. The Government claims that it complied with the Court's order. (Doc. 9 at 2.) But that assertion defies the record. "[A]n order issued by a court with jurisdiction over the subject matter and person must be obeyed by the parties until it is reversed by orderly and proper proceedings." *United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947).

The writ of habeas corpus serves "as a means of reviewing the legality of Executive detention." *I.N.S. v. St. Cyr*, 533 U.S. 289, 301 (2001). The Government was afforded a fair, court-ordered opportunity to justify Petitioner's continued detention at a bond hearing. Because the Government

has not complied with that order, Garay's Emergency Motion to Enforce Habeas Order (Doc. 6) is **GRANTED**. Respondents are ordered to **RELEASE** Petitioner Jony Joel Medal Garay from custody within 48 hours of this order under the prior conditions of supervision or any other conditions reasonably imposed, which Garay must comply with.

**ORDERED** in Fort Myers, Florida on October 30, 2026.

Kyle C. Dudek
United States District Judge